## Francis J. Skye, Appellee, v. Francis J. Skye Distributing Company, Appellant.

### (Abstract of Decision.)

160

Heard in this court at October term, 1939; opinion filed March 9, 1940. R. B. Hendricks and Robert B. Rutledge, for appellant; Whitnel, Browning, Listeman, & Walker, for appellee. Opinion by JUSTICE DADY. "Not to be published in full."